**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STATE OF NEW YORK, et al.,

               Plaintiff,

       v.                                20 Civ. 3020

UNITED STATES DEPARTMENT
OF LABOR; and EUGENE SCALIA,
*in his official capacity as Secretary of*
*the United States Department of Labor*,

               Defendants.

---

**NOTICE OF MOTION**
**(Fed. R. Civ. P. 56, 5 U.S.C. § 706)**

      PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 56, Plaintiff

hereby moves the Court for summary judgment with respect to the claims for relief in Plaintiff's

complaint in this action. *See* Compl. ¶¶ 114-126 (ECF No. 1).

      Plaintiff requests that the Court declare that the challenged provisions of the Final Rule

are not in accordance with law within the meaning of 5 U.S.C. § 706(2)(A); declare that the

challenged provisions of the Final Rule are in excess of the Department's statutory jurisdiction,

authority, or limitations, or short of statutory right within the meaning of 5 U.S.C. § 706(2)(C);

sever and vacate each of the challenged provisions; and grant other such relief as this Court may

deem proper.

      In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law; the

pleadings and papers on file in this action; and any argument and evidence that is presented on

the hearing of this motion.

DATED:  April 14, 2020

Respectfully submitted,

LETITIA JAMES
*Attorney General of the State of New York*

By: */s/ Matthew Colangelo*
Matthew Colangelo
  *Chief Counsel for Federal Initiatives*
Eric R. Haren, *Special Counsel*
Fiona J. Kaye, *Assistant Attorney General*
Daniela L. Nogueira, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
Matthew.Colangelo@ag.ny.gov

*Attorneys for the State of New York*