UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK,<br><br>                        Plaintiff,<br><br>         v.<br><br>UNITED STATES DEPARTMENT<br>OF LABOR, et al.,<br><br>                        Defendants. | 20-CV-3020 (JPO) |

### DECLARATION OF MATTHEW COLANGELO

Matthew Colangelo, pursuant to penalty of perjury under 28 U.S.C. § 1746, does hereby state the following:

I am an attorney in the Office of the New York State Attorney General and counsel to Plaintiff in this action. I submit this Declaration in support of Plaintiff's opposition to Defendants' motion to dismiss and cross-motion for summary judgment.

Attached to this Declaration are true and correct copies of the following numbered exhibits:

1. Declaration of Dr. Heather Boushey, President & CEO, Washington Center for Equitable Growth (May 5, 2020).

2. Declaration of Dr. Leighton Ku, Professor of Health Policy and Management and Director of the Center for Health Policy Research at the Milken Institute School of Public Health, George Washington University (May 4, 2020).

3. Declaration of Scott Palladino, Deputy Commissioner, New York State Department of Taxation & Finance (May 4, 2020).

4. Declaration of Megan Thorsfeldt, Deputy Director of Research & Analytics, Office of the New York State Attorney General (May 5, 2020).

Dated: May 5, 2020            */s/ Matthew Colangelo*
                              Matthew Colangelo

1

Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
matthew.colangelo@ag.ny.gov

Attorney for the Plaintiff