UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK,<br><br>                      Plaintiff,<br><br>           -v-<br><br>UNITED STATES DEPARTMENT OF LABOR *et al.*,<br>                      Defendants. | 20-CV-3020 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

    Having resolved the claims in this action by the Opinion and Order dated August 3, 2020, the Court hereby directs the Clerk of Court to enter judgment in accordance with that Opinion and Order and to close this case.

    SO ORDERED.

Dated: August 24, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge