UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STATE OF NEW YORK,

                             Plaintiff,

        -against-                                              20 **CIVIL** 3020 (JPO)

                                                               **JUDGMENT**

UNITED STATES DEPARTMENT OF
LABOR et al.,

                             Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 24, 2020, and the Court's Opinion and Order dated August 3, 2020, Defendants' motion to dismiss is DENIED. Plaintiff's motion for summary judgment is GRANTED as to the work-availability requirement, the definition of "health care provider," and the temporal aspect of the documentation requirements, and is GRANTED in part and DENIED in part as to the intermittent-leave provision. Defendants' motion for summary judgment is GRANTED in part as to the intermittent-leave prohibition, and is otherwise DENIED; accordingly, this case is closed.

**Dated:**  New York, New York

           August 25, 2020

                                                                  **RUBY J. KRAJICK**

                                                                    **Clerk of Court**
                                             **BY:**

                                                                    **Deputy Clerk**